AP-77,051
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 6/14/2016 8:48:02 AM
Accepted 6/14/2016 8:52:07 AM
ABEL ACOSTA
CLERK

FILED IN
COURT OF CRIMINAL APPEALS

June 14, 2016

ABEL ACOSTA, CLERK

## No. AP-77,051

In the
Court of Criminal Appeals of Texas

◆

### No. 475122
In the 228th District Court
Of Harris County, Texas

◆

**WARREN D. RIVERS**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

◆

**STATE'S MOTION FOR EXTENSION OF TIME TO FILE BRIEF
IN DEATH PENALTY APPEAL**

◆

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

THE STATE OF TEXAS, pursuant to TEX. R. APP. P. 2 & 10.5, moves for an extension of time in which to file its appellate brief and in its motion, would show the Court the following:

1. The appellant was previously convicted of the capital murder of Carl Nance committed on May 3, 1987 (CR – 172) (CR Supp. – 129). But he was granted a new punishment hearing in 2010. *See Rivers v. Thaler*, 389 Fed. Appx. 360, 361 (5th Cir. 2010). At the conclusion of the most recent punishment hearing, the jury found that the murder was committed deliberately, that the appellant was a continuing threat to society, and that there were insufficient mitigating circumstances to justify only a life sentence (CR Supp. – 140-144). Therefore, he was sentenced to death on

1

November 18, 2014 (CR – 172). Appeal to this Court is automatic. TEX. CODE CRIM. PROC. art. 37.0711 §3(j).

2. The State's brief is due on June 15, 2016. The State hereby requests a 90-day extension for the filing of the State's brief.

3. The following facts are relied upon to show good cause for an extension of time to allow the State to file its brief:

    a. The record in this case is over 300 megabytes in length split over 39 files. Therefore, processing the record with take a substantial amount of time.

    b. The undersigned attorney has researched and answered by email more than 90 legal questions of trial prosecutors since the appellant filed his brief. The undersigned attorney researched and answered even more such questions by phone during that time period.

    c. The undersigned attorney has completed the following written appellate project since the appellant filed his brief:

        (1)    Gareic Hankston v. The State of Texas
                No. PD-0887-15
                Brief on PDR filed May 19, 2016

        (2)    John Buentello v. The State of Texas
                No. 01-15-00834-CR
                Brief filed May 27, 2016

        (3)    Gustavo Vasquez v. The State of Texas
                No. 14-15-00380-CR
                Brief filed June 13, 2016

2

WHEREFORE, the State prays that this Court will grant the requested extension.

Respectfully submitted,

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 274-5826
Kugler_eric@dao.hctx.net
TBC No. 796910

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing instrument will be served by efile.txcourts.gov to:

Patrick McCann
Attorney at Law
909 Texas Ave., Suite 205
Houston, Texas 77002
writlawyer@justice.com

/s/ Eric Kugler
**ERIC KUGLER**
Assistant District Attorney
Harris County, Texas
1201 Franklin, Suite 600
Houston, Texas 77002-1923
(713) 274-5826
TBC No. 796910

Date: June 14, 2016

3